ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

05cr10200MLW

| UNITED STATES OF AMERICA, | ) | Criminal No. |
|---|---|---|
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | 21 U.S.C. § 846-- |
| 1. LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA" | ) | Conspiracy to Distribute Cocaine Base, a/k/a "Crack Cocaine" |
| | ) | |
| 2. ANGEL M. CARDONA-LEON | ) | |
| | ) | 21 U.S.C. § 841(a)(1)-- Distribution of Heroin |
| | ) | |
| | ) | 21 U.S.C. § 841(a)(1)-- Distribution of Cocaine Base, a/k/a "Crack Cocaine" |
| | ) | |
| | ) | 18 U.S.C. § 2-- Aiding and Abetting |
| | ) | |
| | ) | 21 U.S.C. § 853-- Criminal Forfeiture Allegation |

INDICTMENT

COUNT ONE:    (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base, Also Known As "Crack Cocaine")

The Grand Jury charges that:

In or about May, 2005, at Lawrence, Lowell, and elsewhere in the District of Massachusetts,

1. **LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA"** and
2. **ANGEL M. CARDONA-LEON**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with persons unknown to the Grand Jury, to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(iii).

All in violation of Title 21, United States Code, Section 846.

<u>COUNT TWO</u>:   (21 U.S.C. §841(a)(1)--**Distribution of Heroin;**
            18 U.S.C. §2--**Aiding and Abetting**)

The Grand Jury further charges that:

On or about May 11, 2005, at Lawrence, in the District of Massachusetts,

    **1. LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA",**

the defendant herein, did knowingly and intentionally distribute heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

**COUNT THREE:**   (21 U.S.C. §841(a)(1)--Distribution of Cocaine Base, Also Known As "Crack Cocaine"; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 16, 2005, at Lawrence, in the District of Massachusetts,

    1.   **LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA"** and
    2.   **ANGEL M. CARDONA-LEON,**

the defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT FOUR</u>:   (21 U.S.C. §841(a)(1)--Distribution of Cocaine Base, Also Known As "Crack Cocaine"; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 19, 2005, at Lawrence, in the District of Massachusetts,

    1.   **LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA"** and
    2.   **ANGEL M. CARDONA-LEON,**

the defendants herein, did knowingly and intentionally distribute cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

<u>COUNT FIVE</u>: (21 U.S.C. §841(a)(1)--Distribution of Cocaine Base, Also Known As "Crack Cocaine"; 18 U.S.C. §2--Aiding and Abetting)

The Grand Jury further charges that:

On or about May 25, 2005, at Lawrence, in the District of Massachusetts,

   1. **LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA"**

the defendant herein, did knowingly and intentionally distribute cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii), applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## CRIMINAL FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 5 of this Indictment,

    1. **LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA"** and
    2. **ANGEL M. CARDONA-LEON,**

the defendants herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY



_____
PETER K. LEVITT
Assistant U.S. Attorney



DISTRICT OF MASSACHUSETTS                August 4, 2005

    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

8/4/05

2:07

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**     05 CR 10200 MLW     U.S. District Court - District of Massachusetts

Place of Offense: __Massachusetts__    Category No. __II__    Investigating Agency __FBI__

City __Lawrence__     Related Case Information:

County __Essex__
- Superseding Ind./ Inf. _____    Case No. _____
- Same Defendant _____    New Defendant _____
- Magistrate Judge Case Number _____
- Search Warrant Case Number _____
- R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Luis LNU__    Juvenile: ☐ Yes  ☒ No

Alias Name __Roberto Carlo Nieves Alicea__

Address __Mass Mills, Bridge Street, Lowell, MA__

Birth date (Year only): ____    SSN (last 4 #): ____    Sex __M__  Race: ____    Nationality: ____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Peter K. Levitt__    Bar Number if applicable _____

Interpreter: ☒ Yes  ☐ No    List language and/or dialect: __Spanish__

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony __5__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/04/05    Signature of AUSA: _/s/ Peter K. Levitt_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse     05 CR 10200 MLW

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Luis LNU, a/k/a "Roberto Carlo Nieves Alicea"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute Cocaine Base, Also Known As "Crack Cocaine" | 1 |
| Set 2 | 21 USC § 841(a)(1)<br>21 USC § 2 | Distribution of Heroin<br>Aiding and Abetting | 2<br>2 |
| Set 3 | 21 USC § 841(a)(1)<br><br>21 USC § 2 | Distribution of Cocaine Base, Also Known As "Crack Cocaine"<br>Aiding and Abetting | 3<br><br>3 |
| Set 4 | 21 USC § 841(a)(1)<br><br>21 USC § 2 | Distribution of Cocaine Base, Also Known As "Crack Cocaine"<br>Aiding and Abetting | 4<br><br>4 |
| Set 5 | 21 USC § 841(a)(1)<br><br>21 USC § 2 | Distribution of Cocaine Base, Also Known As "Crack Cocaine"<br>Aiding and Abetting | 5<br><br>5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**    05 CR 10200 MLW    U.S. District Court - District of Massachusetts

Place of Offense: Massachusetts    Category No. II    Investigating Agency  FBI

City  Lawrence    Related Case Information:

County  Essex    Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Angel M. Cardona-Leon    Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address  101 Willow Street, Lawrence, MA

Birth date (Year only): ____  SSN (last 4 #): ____  Sex  M  Race: ____  Nationality: ____

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Peter K. Levitt    Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect:  Spanish

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 08/04/05    Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse    05CR10200MLW

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Angel M. Cardona-Leon

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC § 846 | Conspiracy to Distribute Cocaine Base, Also Known As "Crack Cocaine" | 1 |
| Set 2 | 21 USC § 841(a)(1) | Distribution of Cocaine Base, Also Known As "Crack Cocaine" | 4 |
| | 21 USC § 2 | Aiding and Abetting | 4 |
| Set 3 | 21 USC § 841(a)(1) | Distribution of Cocaine Base, Also Known As "Crack Cocaine" | 3 |
| | 21 USC § 2 | Aiding and Abetting | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |