UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 05 CR 10200 MLW |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| 1. LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA" | ) ) | |
| | ) | |
| 2. ANGEL M. CARDONA-LEON | ) | |

**GOVERNMENT'S MOTION TO SEAL INDICTMENT**

Pursuant to FRCP 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case and the Court has ordered the indictment unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ PETER K. LEVITT
Assistant U.S. Attorney

Date: August 4, 2005

Allowed
[signature]
U.S.M.J.  8/4/05