UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 05-10200 MLW |
| ) | |
| 1. LUIS LNU, A/K/A "ROBERTO ) | |
|    CARLO NIEVES ALICEA" ) | |
| ) | |
| 2. ANGEL M. CARDONA-LEON ) | |

GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America hereby moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendants were arrested on August 4, 2005, and that there is no further reason to keep the indictment secret.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PETER K. LEVITT
Assistant U.S. Attorney

Date: August 5, 2005