AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

**DISTRICT OF** Massachusetts

UNITED STATES OF AMERICA

v.

LUIS LNU, a/k/a "ROBERTO CARLO NIEVES ALICEA"

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10200 MLW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___LUIS LNU, a/k/a "ROBERTO CARLO NIEVES ALICEA"___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

in violation of Title ___21___ United States Code, Section(s) ___846, 841(a)(1), and 2___

LEO SOROKIN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

08-04-2005    BOSTON, MASSACHUSETTS
Date and Location

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 AUG -4 P 3 59

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

WARRANT EXECUTED BY ___FBI___

This warrant was received and executed with the arrest of the above-named defendant at ARREST/ARRAIGNMENT OF THE

DEFENDANT ON ___8/4/05___

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: LUIS LNU, a/k/a "ROBERTO CARLO NIEVES ALICEA"

ALIAS: _____

LAST KNOWN RESIDENCE: MASS MILLS, BRIDGE STREET, LOWELL, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____    WEIGHT: _____

SEX: M    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____