AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **Massachusetts**

UNITED STATES OF AMERICA

v.

ANGE_ M. CARDONA-LEON

**WARRANT FOR ARREST**

**05** CR **10200 MLW**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ANGEL M. CARDONA-LEON

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [ ] Probation Violation Petition

*(stamp: U.S. MARSHAL SERVICE BOSTON MA RECEIVED 2005 AUG -5 8: 44)*

charging him or her with (brief description of offense)

in violation of Title ____ United States Code, Section(s) 846, 841(a)(1), and 2

LEO SOROKIN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

08-04-2005    BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN | *FBI* |
|---|---|

This warrant was received and executed with ~~the arrest of the above-named defendant at~~ WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/5/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME.: ANGEL M. CARDONA-LEON

ALIAS: _____

LAST KNOWN RESIDENCE: 101 WILLOW STREET, LAWRENCE, MA

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH (4 digit year): _____

SOCIAL SECURITY NUMBER (last 4 digits only): _____

HEIGHT: _____    WEIGHT: _____

SEX:    M _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____