IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| United States of America,<br>       PLAINTIFF<br><br>v.<br><br>Angel M. Cardona-Leon,<br>       DEFENDANT | DOCKET # 05CR10200MLW-2 |

NOTICE OF APPEARANCE

PLEASE ENTER my appearance as Attorney on behalf of Defendant, in connection with the above captioned matter.

Dated: October 25, 2005

Respectfully Submitted,

_____
Jose A. Espinosa
Attorney for the Defendant
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO# 156220