UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10200-MLW

UNITED STATES OF AMERICA

v.

ROBERTO CARLO NIEVES ALICEA
ANGEL M. CARDONA LEON

## FURTHER ORDER ON EXCLUDABLE TIME

November 18, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 18, 2005 through December 22, 2005

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior order of the court dated August 12, 2005, September 16, 2005 and this order, at the time of the Final Status Conference on December 22, 2005, there will be seven (7) days of non-excludable time under the Speedy Trial Act (September 9, 2005 - September 15, 2005) and sixty-three (63) days will remain under the Speedy Trial Act in which this case must be tried.

                                              / s / Judith Gail Dein
                                              JUDITH GAIL DEIN
                                              United States Magistrate Judge