```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA         )
                                 )      CR. NO. 05-10200-MLW
     v.                          )
                                 )
1.  LUIS LNU, A/K/A "ROBERTO     )
     CARLO NIEVES ALICEA"        )
                                 )
2.  ANGEL M. CARDONA LEON        )
```

### JOINT STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Status Conference scheduled for February 10, 2006.

**1. Outstanding Discovery Issues**

There are no outstanding discovery motions or issues.

**2. Additional Discovery**

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. The defendants are not presently requesting expert discovery, but are reserving the right to seek such discovery pending disclosure of trial witnesses by the government. Other than the above, no party anticipates producing any additional discovery.

**3. Insanity/ Public Authority Defenses**

The defendants do not intend to raise a defense of insanity or public authority.

**4. Notice of Alibi**

The government requested a Notice of Alibi in its Automatic

Discovery Letter. No response has been received to that request.

**5. <u>Motions</u>**

The defendants reserve the right to file motions to suppress, to sever or to dismiss prior to trial and also reserve their rights to file other pretrial motions that could require a ruling by the District Court.

**6. <u>Scheduling</u>**

The defendants request an additional thirty days before the case is reported to the District Court. The parties agree that this time is excludable from Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8) and will provide a proposed order to the Court.

**7. <u>Speedy Trial Act Calculations</u>**

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and believe that the following periods are excludable:

| | |
|---|---|
| 8/11/05-9/8/05 | Excluded pursuant to Court's Order dated 8/12/05 |
| 9/16/05-2/10/06 | Excluded pursuant to Court's Order dated 12/22/05 |

As of the February 10, 2006 Status Conference, 7 days will have been counted and 63 days will remain under the Speedy Trial Act. As set forth above, the parties have also agreed that an additional 30 days (through March 10, 2006) should be excluded in the interest of justice.

**8.    Length of Trial**

In the event that a trial is required, the parties estimate that it will last 4-5 days.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        /s PETER K. LEVITT
                   By:   PETER K. LEVITT
                                        Assistant U.S. Attorney
                                        (617) 748-3355


FOR THE DEFENDANTS


LUIS LNU,


/s MARK W/ SHEA (by PKL)
Mark W. Shea, Esq.
Shea LaRocque & Wood, LLP
47 3rd Street
Cambridge, MA 02141
617-577-8722


ANGEL M. CARDON LEON,


/s JOSE A. ESPINOSA (by PKL)
Jose A. Espinosa
Espinosa & Associates
11 Green Street
Jamaica Plain, MA 02130
617-522-4849

February 10, 2005