UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10200-MLW

UNITED STATES OF AMERICA

v.

ROBERTO CARLO NIEVES ALICEA
ANGEL M. CARDONA LEON

**FURTHER ORDER ON EXCLUDABLE TIME**

March 28, 2006

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 24, 2006 through May 4, 2006,

that being the period between the expiration of the last order on excludable time and the Final Status Conference.

Based upon the prior orders of the court dated August 12, 2005, September 16, 2005, November 18, 2005, December 22, 2005, February 10, 2006 and this order, at the time of the Final Status Conference on May 4, 2006, there will be seven (7) days of non-excludable time under the Speedy Trial Act (September 9, 2005 - September 15, 2005) and sixty-three (63) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
    JUDITH GAIL DEIN
    United States Magistrate Judge