AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

United States

V.  **APPEARANCE**

Nieves, et al

Case Number: 05-10200-MLW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 6-05-06 | /s/ William H. Connolly |
| Date | Signature |
| | William H. Connolly |
| | Print Name — Bar Number |
| | One Courthouse Way |
| | Address |
| | Boston    MA |
| | City   State   Zip Code |
| | 617-748-3174    617-748-3965 |
| | Phone Number   Fax Number |