```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )    CR. NO. 05-10200-MLW
     v.                        )
                               )
1. LUIS LNU, A/K/A "ROBERTO    )
   CARLO NIEVES ALICEA"        )
                               )
2. ANGEL M. CARDONA LEON       )
```

### JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this Joint Memorandum For Final Status Conference pursuant to Local Rule 116.5(C).

1. The government has provided and made available discovery. There are no outstanding discovery issues.

2. Neither party anticipates providing additional discovery, with the exception of expert witness materials should the case proceed to trial.

3. Defendants do not intend to raise a defense of insanity.

4. The government has not requested notice of alibi.

5. At this time, the defendants do not anticipate filing any motions requiring a ruling by the District Court before trial. The defendants, however, reserve the right to file such motions.

6. No schedules should be set for any matter other than trial.

7. It is uncertain whether the case will be resolved prior to trial.

8. The parties hereby agree to the periods already excluded by order of this Court.

9. If required, the parties anticipate that trial should take not more than five trial days.

          Respectfully submitted,
          MICHAEL J. SULLIVAN
          United States Attorney

          /s/ William H. Connolly
By:  WILLIAM H. CONNOLLY
          Assistant U.S. Attorney
          (617) 748-3355

FOR THE DEFENDANTS
LUIS LNU,

/s/ Frank Fernandes(by WHC)
Frank Fernandes, Esq.

ANGEL M. CARDONA LEON,

/s/ JOSE A. ESPINOSA (by WHC)
Jose A. Espinosa

July 17, 2006