UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
05-10200-MLW

UNITED STATES OF AMERICA

v.

ROBERTO CARLO NIEVES ALICEA
ANGEL M. CARDONA LEON

**FINAL STATUS REPORT**

July 19, 2006

DEIN, M.J.

A Final Status Conference was held before this court on Monday, July 17, 2006,

pursuant to the provisions of Local Rule 116.5(C) and the parties filed a Joint

Memorandum for Final Status Conference on July 18, 2006.[1]  Based on the conference

and report, this court enters the following report, in accordance with Local Rule

116.5(D):

1.    It appears at this time that a trial will be necessary.  The defendant
      Nieves is presently incarcerated at Bridgewater undergoing psychiatric
      treatment.  The defendant will file a motion for a competency hearing if
      appropriate.

2.    Discovery is completed at this time.

3.    There are no outstanding or anticipated discovery issues at this time.

---

[1] Counsel for the defendant Cardona Leon was unable to appear at
the conference.  He conferred with counsel for the government and co-
defendant, and they all agreed to a Joint Memorandum which was filed
on July 18, 2006.

4.    At this point the defendants do not anticipate filing any dispositive motions.  As noted above, the defendant Nieves may file a motion for a competency hearing.

5.    Based upon the prior orders of the court dated August 12, 2005, September 16, 2005, November 18, 2005, December 22, 2005, February 10, 2006, March 28, 2006, May 4, 2006 and June 6, 2006, at the time of the Final Status Conference on **July 17, 2006**, there were seven (7) days of non-excludable time under the Speedy Trial Act (September 9, 2005 - September 15, 2005) and sixty-three (**63**) days remaining under the Speedy Trial Act in which this case must be tried.

6.    It is estimated that if the case goes to trial, it will last approximately five days.

7.    The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.


        / s / Judith Gail Dein
JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE