UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL CASE** |
| | **NO. 05-10200-MLW** |
| V. | |
| **ROBERTO CARLO NIEVES ALICEA and** | |
| **ANGEL M. CARDONA LEON** | |
| Defendant(s) | |

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on AUGUST 4, 2006 at 3:00 P.M. before Chief Judge Wolf in Courtroom # 10 on the 5th floor.

SARAH A. THORNTON
CLERK OF COURT

July 25, 2006              By:    /s/ Dennis O'Leary
Date                              Deputy Clerk

Notice to:
(crim-notice.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]