UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10200

| | |
|---|---|
| United States of America     PLAINTIFF | Roberto Alicea-Nieves Angel Cardona-Leon     DEFENDANT |
| Waqar Hasib | Francisco Fernandez Jose Espinosa |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 8/4/06 | Interpreter, Gabriel Haddad, sworn in. |
| | Government summarizes the case for the court. Defense counsel informs the court that the case is likely to be resolved by way of change of plea. Defendant Alivea-Nieves request that the court stay the case pending the defendant's competency evaluation. Court orders that the parties confer and report by 8/31/06 as to whether plea agreements have been reached and as to Nieves whether he seeks a competency evaluation. Further hearing scheduled for 9/8/2006 at 3:00 PM. Court excludes all the time between now and 9/8/2006 for STA purposes. |