```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | C.R. No. 05-10200-MLW |
| | ) | |
| ROBERTO CARLO NIEVES ALICEA | ) | |
| and ANGEL CARDONA-LEON | ) | |
| Defendants. | ) | |

<u>ORDER</u>

WOLF, D.J.                                                August 7, 2006

For the reasons stated in court on August 4, 2006, it is hereby ORDERED that:

1. The parties shall, by August 31, 2006, confer and report as to whether they have reached a resolution in the case.

2. Defendant, Alicea shall, by August 31, 2006, report as to whether he intends to request a competency evaluation.

3. Either a Rule 11 hearing or a further Pretrial Conference will be held on September 8, 2006, at 3:00 PM.

4. As agreed by the parties, the time from August 4, 2006 through September 8, 2006 is excluded for Speedy Trial Act purposes because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. <u>See</u> 18 U.S.C. §3161(h)(8)(A).

<u>/s/ Mark L. Wolf</u>
UNITED STATES DISTRICT JUDGE