UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 05-10200-MLW |
| v. | ) | |
| | ) | |
| 1. LUIS LNU, A/K/A "ROBERTO CARLO NIEVES ALICEA" | ) ) | |
| | ) | |
| 2. ANGEL M. CARDONA LEON | ) | |

**JOINT STATUS REPORT**

The United States of America and the defendants submit this joint status report pursuant to this Court's Order of August 7, 2006.

1. The government and counsel for Angel Cardona-Leon have conferred and discussed a possible resolution. Counsel for Cardona-Leon represents that he expects the defendant to enter a plea of guilty but has not received a firm commitment from the defendant. Counsel for Cardona-Leon expects to meet with the defendant this weekend and expects to have a final decision by Tuesday.

2. The government and counsel for defendant Roberto Carlo Nieves Alicea have conferred. Counsel for Alicea represents that defendant Alicea intends to request a competency evaluation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ William H. Connolly
      Assistant U.S. Attorney
      (617) 748-3174

August 31, 2006