UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10200

| United States of America | Roberto Carlo Nieves Alicea |
|---|---|
| | Angel Cardona Leon |
| PLAINTIFF | DEFENDANT |
| William Connolly | Jose Fernandez |
| | Jose Espinosa |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 9/8/06 | Interpreter Gabriel Haddad sworn in. |
| | Counsel for Cardona - Leon informs the court that the case as to his client will likely be resolved by way of plea but needs to the beginning of October to decide whether the case will go to trial or not. Counsel for Nieves-Alicea makes an oral request for a competency evaluation. Court has Marshals report as to the behavior exhibited by the defendant today in the holding cell. Court orders a competency evaluation for Nieves-Alicea. Court signs an order in court requiring the competency evaluation. Court schedules a competency hearing with regard to Nieves-Alicea for December 4, 2006 at 3:00 PM. Defendant Cardona-Leon shall report by 10/2/06 as to whether there will be a plea, if so a rule 11 hearing will be held on 10/3/06 at 3:00 PM |