```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    v.                              )<br>  )<br>ROBERTO CARLO NIEVES ALICEA )<br>and ANGEL CARDONA-LEON      )<br>    Defendants.                ) | C.R. No. 05-10200-MLW |

ORDER

WOLF, D.J.                                    September 12, 2006

     For the reasons stated in court on September 8, 2006, it is hereby ORDERED that:

     1. The government and the defendant, Cardona-Leon, shall, by October 2, 2006, report as to whether they have reached a resolution in the case.

     2. If so, a Rule 11 hearing will be held on October 10, 2006, at 3:00 PM. If not, then a further pre-trial conference will be held on December 4, 2006 at 3:00 pm after the court conducts the competency hearing as to the defendant Alicea-Nieves.

     3. As agreed by the parties the time from September 8, 2006 through December 4, 2006 is excluded for Speedy Trial Act purposes because the ends of justice served by the delay outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(8)(A).

                                                  /s/ Mark L. Wolf<br>                                                 UNITED STATES DISTRICT JUDGE