UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u> | **CRIMINAL CASE**
--- | ---
 | **NO.** 05-10200-MLW
**V.** | 
<u>**ANGEL CARDONA-LEON**</u> | 

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

Please take notice that the <u>**RULE 11 HEARING**</u> scheduled for <u>**OCTOBER 10, 2006**</u> at <u>**3:00 P.M.**</u> has been **RESCHEDULED** for <u>**OCTOBER 6, 2006**</u> at <u>**2:00 P.M.**</u>

**SARAH A. THORNTON**
**CLERK OF COURT**

<u>**September 26, 2006**</u>          **By:**  /s/ Dennis O'Leary
     **Date**                              **Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)                    [ntchrgcnf.]
                                            [kntchrgcnf.]