UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )    CR. NO. 05-10200-MLW
          v.                    )
                                )
                                )
ANGEL M. CARDONA LEON           )


ASSENTED-TO MOTION TO CONTINUE RULE 11 HEARING

The United States of America, by and through Assistant United States Attorney William H. Connolly, hereby moves for a continuance of the Rule 11 hearing, currently scheduled for October 6, 2006, in the above-captioned case.  As grounds therefor, AUSA William Connolly will be out of state on October 6.  The Rule 11 hearing was originally scheduled for October 10, 2006, but was recently rescheduled by the Court.  AUSA Connolly has conferred with defense counsel Jose Espinosa and has received his assent to this motion.

The parties also request, pursuant to 18 U.S.C. §3161(h)(8)(A), that this Court exclude the time from October 6, 2006, to the date set for the Rule 11 hearing, in computing the time within which trial must commence.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                    By:    /s/ William H. Connolly
                           Assistant U.S. Attorney
                           (617) 748-3174


September 29, 2006