UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**

**V.**

**ANGEL CARDONA-LEON**
    **Defendant(s)**

**CRIMINAL CASE**

**NO. 05-10200-MLW**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a RULE 11 HEARING on **NOVEMBER 15, 2006** at 10:30 A.M. before Chief Judge Wolf in Courtroom # 12 on the 5th floor.

              SARAH A. THORNTON
              CLERK OF COURT

**November 7, 2006**        By: **/s/ Dennis O'Leary**
  Date             Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)          [ntchrgcnf.]
                  [kntchrgcnf.]