UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10200

| United States of America | Angel Cardona Leon |
|---|---|
| PLAINTIFF | DEFENDANT |
| William Connolly | Jose Espinosa |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | |
|---|---|
| | Rule 11 Hearing - Interpreter, Deborah Huacuja, sworn |
| 11/15/06 | Defendant takes the stand and is sworn |
| | Plea colloquy started |
| | Court marks plea agreement as exhibit 1 of today's date |
| | Plea colloquy continues |
| | Government summarizes the evidence it would have presented had the case gone to trial |
| | Defendant agrees with the government's summary and changes his plea to guilty for counts 1, 3 & 4 |
| | Court accepts the defendant's plea and directs the clerk to enter the same |
| | Court continues the defendant's custody pending sentencing |
| | Sentencing set for February 12, 2007 at 3:00 PM - procedural order to issue |