UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )     CR. NO. 05-10200-MLW
        v.                     )
                               )
                               )
ANGEL M. CARDONA LEON          )


<u>MOTION TO ACCEPT LATE FILING</u>

     The United States of America, by and through Assistant
United States Attorney William H. Connolly, hereby moves the
Court to accept a one-day late filing in the above captioned
case.  Pursuant to this Court's Order, the government's response
to the defendant's sentencing memorandum and motion for departure
was due on February 5, 2007.  As grounds, the government states
that as of February 5, 2007, an issue regarding a downward
adjustment to the defendant's offense level was unresolved
between the parties.  On February 5, 2007, AUSA Connolly made
unsuccessful efforts to contact defense counsel regarding the
unresolved issue.  AUSA Connolly spoke to defense counsel on
February 6, 2007.  Although the parties were unable to resolve
the issue, the parties expect the issue to be resolved by
February 7, 2007.  The unresolved issue is discussed in footnote
one of the government's sentencing memorandum.

                              Respectfully submitted,



                         By:  <u>/s/ William H. Connolly</u>
                              Assistant U.S. Attorney
February 6, 2007