UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.           )<br>)<br>ANGEL CARDONA-LEON       ) | CRIMINAL NO. 05-10200-MLW |

### GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The government respectfully submits this supplemental response to the defendant's sentencing memorandum and request for downward departure.

On February 7, 2007, a "safety-valve" proffer was conducted of defendant Angel Cardona-Leon at the Cedar Junction correctional facility in Walpole, Massachusetts. The government hereby notifies the Court that the government is now satisfied that the defendant meets the criteria of U.S.S.G §5C1.2(a)(1)-(5) (safety valve provision).

The government has also notified the probation department of the substance of the interview for purposes of re-calculating, if necessary, the defendant's Guidelines sentencing range. It is the government's belief that the information provided by Cardona-Leon will not change his sentencing range as set forth at ¶98 of the Presentence report.

Respectfully Submitted,

/s/ William H. Connolly
Assistant U.S. Attorney