# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CASE NO.   CR05-10200

United States                                              Angel Cardona-Leon
PLAINTIFF                                                  DEFENDANT

William Connolly                                           Jose Espinosa

COUNSEL FOR PLAINTIFF              COUNSEL FOR DEFENDANT

JUDGE   Wolf              CLERK   O'Leary              REPORTER Romanow

## CLERK'S NOTES

| DATES: | Sentencing Hearing |
|--------|--------------------|
| 2/9/07 | Interpreter, Gabriel Haddad, sworn in. |
| | Court makes the necessary rulings on the parties objections to the pre-sentence report.  Court calculates the |
| | advisory guideline range without objection by either party.  Government recommends a sentence at the low |
| | end of the guideline range of 70 months.  Defendants seeks a downward departure to 60 months custody. |
| | Defendant addresses the court.  Formal sentencing - court denies the request for a downward departure and |
| | sentences the defendant to 70 months custody followed by 36 months supervised release on the standard con |
| | conditions plus the special conditions outlined in court. Court does not impose a fine but does impose the |
| | mandatory $100 special assessment fee.  Defendant advised of his rights to appeal and to counsel. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |