RECEIPT # 78464
AMOUNT $ 200
BY CLK
2-23-07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 FEB 22 P 3: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CRIMINAL ACTION
) 05-10200-MLW
ANGEL CARDONA-LEON )
)

## NOTICE OF APPEAL

Notice is hereby given that Angel Cardona-Leon, defendant in the above named case, hereby appeals, pursuant to F.R.C.P., Rule 32j(1)(B), to the United States Court of Appeals for the First Circuit from the sentence of 70 months entered in this action on the 12 day of February, 2007.

Respectfully submitted,
Angel Cardona-Leon
By His and Through His Attorney,

Jose A. Espinosa, ESQ.
11 Green Street
Jamaica Plain, MA 02130
BBO# 156220
(617) 522-4849

## Certificate of Service

I, Jose Espinosa, hereby certify that a copy of the Defendant's Notice of Appeal and was delivered by hand to:

>William H. Connolly
>Assistant U.S. Attorney
>U.S. Department of Justice
>United States Courthouse, Suite 9200
>1 Courthouse Way
>Boston, MA 02210

2/22/07
Date

Jose A. Espinosa
11 Green Street
Jamaica Plain, MA 02130
(617) 522-4849