*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 05cr10200-MLW-2

UNITED   STATES   OF   AMERICA

v.

ANGEL   M.   CARDONA-LEON

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-5,8-12, 14-16, 19-20, 23-27, 31, 32, 34, 35, 39, 40-48, 50-52,54-56,58,63-67,70-72

and contained in Volume(s)  1 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  February 22, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   _____

- 3/06

CM/ECF USDC Massachusetts LIVE - Docket Report Page 1 of 9
Case 1:05-cr-10200-MLW Document 73-2 Filed 04/02/2007 Page 1 of 5

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:05-cr-10200-MLW-2

Case title: USA v. Nieves, et al      Date Filed: 08/04/2005

Assigned to: Chief Judge Mark L. Wolf

**Defendant**

**Angel M. Cardona-Leon (2)**
*TERMINATED: 02/14/2007*

represented by **Jose A. Espinosa**
Espinosa & Associates
11 Green Street
Jamaica Plain, MA 02130
617-522-4849
Fax: 617-524-7610
Email: khedin@espinosalawoffices.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*TERMINATED: 03/24/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:846 Conspiracy to Distribute Cocaine Base, Also known as "crack Cocaine"
(1)

21:841(a)(1) Distribution of Cocaine Base; 18:2 Aiding and Abetting
(3-4)

**Disposition**

70 months custody, 36 months supervised release and $300.00 special assessment fee.

70 months custody, 36 months supervised release and $300.00 special assessment fee.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                                            **Disposition**

None

---

**Plaintiff**

USA                                                    represented by **Peter K. Levitt**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3965
Email: Peter.Levitt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William H. Connolly**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3174
Fax: 617-748-3954
Email: William.Connolly@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2005 | 1 | SEALED INDICTMENT as to Luis LNU (1) count(s) 1, 2, 3-4, 5, Angel M. Cardona-Leon (2) count(s) 1, 3-4. (Gawlik, Cathy) (Entered: 08/05/2005) |
| 08/04/2005 | 2 | MOTION to Seal Case as to Luis LNU, Angel M. Cardona-Leonby USA. (Gawlik, Cathy) (Entered: 08/05/2005) |

| | | |
|---|---|---|
| 08/04/2005 | | Judge Leo T. Sorokin : Electronic ORDER entered granting 2 Motion to Seal Case as to Luis LNU (1), Angel M. Cardona-Leon (2) (Gawlik, Cathy) (Entered: 08/05/2005) |
| 08/04/2005 | 3 | Judge Mark L. Wolf : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings as to Luis LNU, Angel M. Cardona-Leon (Gawlik, Cathy) (Entered: 08/05/2005) |
| 08/05/2005 | 4 | MOTION to Unseal Case as to Luis LNU, Angel M. Cardona-Leonby USA. (Gawlik, Cathy) (Entered: 08/05/2005) |
| 08/05/2005 | | Judge Leo T. Sorokin : Electronic ORDER entered granting 4 Motion to Unseal Case as to Luis LNU (1), Angel M. Cardona-Leon (2) (Gawlik, Cathy) (Entered: 08/05/2005) |
| 08/05/2005 | 5 | MOTION to Unseal Case as to Luis LNU, Angel M. Cardona-Leonby USA. (Smith3, Dianne) (Entered: 08/05/2005) |
| 08/05/2005 | | Judge Leo T. Sorokin : endorsement on motionORDER entered granting 5 Motion to Unseal Case as to Luis LNU (1), Angel M. Cardona-Leon (2) (Smith3, Dianne) (Entered: 08/05/2005) |
| 08/05/2005 | | Notice of correction to docket made by Court staff. Correction: document #5 and endorsement dated 8/5/05 corrected because: docketed in error as it was already docketed as to Luis LNU, Angel M. Cardona-Leon (Smith3, Dianne) (Entered: 08/05/2005) |
| 08/05/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Leo T. Sorokin :Initial Appearance as to Angel M. Cardona-Leon held on 8/5/2005; Atty Levitt for govt; Atty Freid for deft; court goes over charges and rights with deft; deft files a financial affidavit and court appoints atty Freid; govt goes over maximum penalties and moves for detention; Court advises the govt to contact the appropriate consulate; The court instructs counsel to contact Magistrate Judge Deins clerk regarding the detention hearing date and time; The date and time set is a tenative date pending the approval of Magistrate Judge Dein; The Detention Hearing has been tenatively set for 8/10/2005 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Court Reporter digital.) (Simeone, Maria) (Entered: 08/05/2005) |
| 08/05/2005 | | Attorney update in case as to Angel M. Cardona-Leon. Attorney Syrie D. Fried for Angel M. Cardona-Leon added. (Simeone, Maria) (Entered: 08/05/2005) |
| 08/05/2005 | 8 | Arrest Warrant Returned Executed on 8/4/05 as to Angel M. Cardona-Leon, FILED. (Boyce, Kathy) (Entered: 08/08/2005) |
| 08/05/2005 | 9 | Arrest Warrant Returned Executed on 8/5/05 as to Angel M. Cardona-Leon, FILED. (Boyce, Kathy) (Entered: 08/10/2005) |
| 08/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing as to Luis LNU, Angel M. Cardona-Leon on 8/10/2005 is continued; AUSA Levitt and Attorneys Entine and Fried |

| | | |
|---|---|---|
| | | move to contine detention hearing to 8/11/05 @ 3:00pm. (Court Reporter D.R>.) (Quinn, Thomas) (Entered: 08/11/2005) |
| 08/11/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Angel M. Cardona-Leon (2) Count 1,3-4 held on 8/11/2005, Detention Hearing as to Angel M. Cardona-Leon held on 8/11/2005, Plea entered by Angel M. Cardona-Leon Not Guilty on counts all. AUSA Levitt and Attorney Fried for the dft.; initial status conference is set for 9/16/05 @ 2:15pm. Govt. calls witness #1 (Brooks,Richard) direct exam; exhibits 1-3 admitted; closing arguments; matter is taken under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/11/2005) |
| 08/11/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Angel M. Cardona-Leon (2) Count 1,3-4 held on 8/11/2005, Detention Hearing as to Angel M. Cardona-Leon held on 8/11/2005, Plea entered by Angel M. Cardona-Leon Not Guilty on counts all. AUSA Levitt and Attorney Fried for the dft.; Govt. calls witness #1 ( Brooks) direct exam; cross exam; closing arguments; USMJ Dein takes detention matter under advisement. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/16/2005) |
| 08/12/2005 | ●10 | Judge Judith G. Dein : ORDER entered. SCHEDULING ORDER as to Angel M. Cardona-Leon Status Conference set for 9/16/2005 02:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 08/16/2005) |
| 08/12/2005 | ●11 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Angel M. Cardona-Leon Time excluded from 8/11/05 until 9/8/05. (Quinn, Thomas) (Entered: 08/16/2005) |
| 08/16/2005 | ●12 | Judge Judith G. Dein : ORDER entered. ORDER OF DETENTION as to Angel M. Cardona-Leon (Quinn, Thomas) (Entered: 08/17/2005) |
| 09/16/2005 | ● | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 9/16/2005; AUSA Levitt and Attorney LaRocque for the dft.; Attorney Fried on trial today; Counsel report discovery is onging and next conference is set for 11/18/05 @ 2;30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 09/16/2005) |
| 09/16/2005 | ●14 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 11/18/2005 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 09/19/2005) |
| 09/16/2005 | ●15 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 9/16/05 until 11/18/05. (Quinn, Thomas) (Entered: 09/19/2005) |
| 10/26/2005 | ●16 | NOTICE OF ATTORNEY APPEARANCE: Jose A. Espinosa appearing for Angel M. Cardona-Leon, FILED. (Boyce, Kathy) (Entered: 10/28/2005) |

| | | |
|---|---|---|
| 11/18/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 11/18/2005; AUSA Levitt and Attorneys Shea and Espinoza report discovery in ongoing; next conference is set 12/22/05 @ 2:00pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 11/21/2005) |
| 11/18/2005 | ●19 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 12/22/2005 02:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 11/22/2005) |
| 11/18/2005 | ●20 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 11/18/05 until 12/22/05. (Quinn, Thomas) (Entered: 11/22/2005) |
| 12/22/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 12/22/2005; Counsel report discovery in ongoing and seek further conference for 2/10/06 @ 3:00pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 12/23/2005) |
| 12/22/2005 | ●23 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 2/10/2006 03:00 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/23/2005) |
| 12/22/2005 | ●24 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 12/22/05 until 2/10/06. (Quinn, Thomas) (Entered: 12/23/2005) |
| 02/10/2006 | ●25 | STATUS REPORT by USA as to Luis LNU, Angel M. Cardona-Leon (Levitt, Peter) (Entered: 02/10/2006) |
| 02/10/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 2/10/2006; AUSA Lovitt and Attorneys Shea and Espinoza report current case status and request further hearing on 3/24/06 @ 2:30pm. (Court Reporter DR.) (Quinn, Thomas) (Entered: 02/13/2006) |
| 02/10/2006 | ●26 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 3/24/2006 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 02/13/2006) |
| 02/10/2006 | ●27 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 2/10/06 until 3/24/06. (Quinn, Thomas) (Entered: 02/13/2006) |
| 03/24/2006 | ● | Attorney update in case as to Angel M. Cardona-Leon. Attorney Syrie D. Fried terminated. (Boyce, Kathy) (Entered: 03/24/2006) |
| 03/28/2006 | ● | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 3/28/2006; AUSA Connolly and defense counsel report case status |

| | | |
|---|---|---|
| | | and seek further conference for 5/4/06 @ 10:00am. (Court Reporter DR.) (Quinn, Thomas) (Entered: 03/28/2006) |
| 03/28/2006 | 31 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 5/4/2006 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 03/28/2006) |
| 03/28/2006 | 32 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 3/24/06 until 5/4/06. (Quinn, Thomas) (Entered: 03/28/2006) |
| 05/04/2006 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 5/4/2006, Motion Hearing as to Luis LNU, Angel M. Cardona-Leon held on 5/4/2006 re [33] MOTION to Withdraw as Attorney by Mark Shea. filed by Luis LNU,;Interperter Hadad; AUSA Lelling and Attorneys Shea and Espinosa; Dft. Nieves present in courtroom; Attorneys report case status and seek further conference for 6/5/06 @ 10:15am.; AUSA is excused; USMJ Dein hears from Attorney Shea and Dft.; USMJ Dein allows motion and will appoint new counsel. (Court Reporter DR.) (Quinn, Thomas) (Entered: 05/05/2006) |
| 05/04/2006 | 34 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 6/6/2006 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/05/2006) |
| 05/04/2006 | 35 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 5/4/06 until 6/5/06. (Quinn, Thomas) (Entered: 05/05/2006) |
| 06/06/2006 | 39 | NOTICE OF ATTORNEY APPEARANCE William H. Connolly appearing for USA. (Connolly, William) (Entered: 06/06/2006) |
| 06/06/2006 | | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 6/6/2006; AUSA Connolly and Attorney Fernandez(also standing in for Atty Espinoza) report current case status and seek further conference for 7/17/06 @ 10:00am. (Court Reporter DR.) (Quinn, Thomas) (Entered: 06/07/2006) |
| 06/06/2006 | 40 | Judge Judith G. Dein : ORDER entered. STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon Status Conference set for 7/17/2006 10:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/07/2006) |
| 06/06/2006 | 41 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Luis LNU, Angel M. Cardona-Leon Time excluded from 6/5/06 until 7/17/06. (Quinn, Thomas) (Entered: 06/07/2006) |
| 06/07/2006 | | Attorney update in case as to Luis LNU, Angel M. Cardona-Leon. Attorney William H. Connolly for USA added. (Quinn, Thomas) |

| | | |
|---|---|---|
| | | (Entered: 06/07/2006) |
| 07/18/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Judith G. Dein :Final Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 7/18/2006. Atty Espinosa is not present. Attempted to contact him. Defendant Nieves is committed to Bridgewater for 6 months. Defendant will probably need a competency hearing. Case to be sent back to Judge Wolf. Court suggests early status conference for Judge Wolf re: competency hearing. (Folan, Karen) (Entered: 07/18/2006) |
| 07/18/2006 | 🔵42 | STATUS REPORT by Luis LNU, USA, Angel M. Cardona-Leon as to Luis LNU, Angel M. Cardona-Leon (Connolly, William) (Entered: 07/18/2006) |
| 07/19/2006 | 🔵43 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Luis LNU, Angel M. Cardona-Leon. (Dambrosio, Jolyne) (Entered: 07/19/2006) |
| 07/19/2006 | 🔵 | Case no longer referred to Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 07/19/2006) |
| 07/25/2006 | 🔵44 | NOTICE OF HEARING as to Luis LNU, Angel M. Cardona-Leon Pretrial Conference set for 8/4/2006 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 07/25/2006) |
| 08/04/2006 | 🔵45 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Pretrial Conference as to Luis LNU, Angel M. Cardona-Leon held on 8/4/2006 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 08/04/2006) |
| 08/07/2006 | 🔵46 | Judge Mark L. Wolf : ORDER entered. as to Luis LNU, Angel M. Cardona-Leon Status Report due by 8/31/2006. Pretrial Conference set for 9/8/2006 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) Modified on 8/24/2006 (O'Leary, Dennis). (Entered: 08/24/2006) |
| 08/31/2006 | 🔵47 | STATUS REPORT by USA as to Luis LNU, Angel M. Cardona-Leon (Connolly, William) (Entered: 08/31/2006) |
| 09/08/2006 | 🔵48 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Status Conference as to Luis LNU, Angel M. Cardona-Leon held on 9/8/2006 (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 09/12/2006) |
| 09/12/2006 | 🔵50 | Judge Mark L. Wolf : ORDER entered. as to Luis LNU, Angel M. Cardona-Leon For the reasons stated in court on September 8, 2006, it ishereby ORDERED that:1. The government and the defendant, Cardona-Leon, shall, byOctober 2, 2006, report as to whether they have reached aresolution in the case.2. If so, a Rule 11 hearing will be held on October 10, 2006,at 3:00 PM. If not, then a further pre-trial conference will beheld on December 4, 2006 at 3:00 pm after the court conducts thecompetency hearing as to the defendant Alicea-Nieves.3. As agreed by the parties the time from September 8, 2006through December 4, 2006 is excluded for Speedy Trial Act purposesbecause the ends of justice served by the delay outweigh the bestinterests of the public and the defendant in |

| | | |
|---|---|---|
| | | a speedy trial. See18 U.S.C. ?3161(h)(8)(A). (O'Leary, Dennis) (Entered: 09/12/2006) |
| 09/26/2006 | 51 | NOTICE OF RESCHEDULING as to Angel M. Cardona-Leon Change of Plea Hearing set for 10/6/2006 02:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 09/26/2006) |
| 09/29/2006 | 52 | Assented to MOTION to Continue *Rule 11 Hearing* as to Angel M. Cardona-Leonby USA. (Connolly, William) (Entered: 09/29/2006) |
| 10/05/2006 | | Judge Mark L. Wolf : Electronic ORDER entered granting 52 Motion to Continue as to Angel M. Cardona-Leon (2). ALLOWED and SO ORDERED (O'Leary, Dennis) (Entered: 10/05/2006) |
| 11/07/2006 | 54 | NOTICE OF HEARING as to Angel M. Cardona-Leon Change of Plea Hearing set for 11/15/2006 10:30 AM in Courtroom 12 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 11/07/2006) |
| 11/15/2006 | 55 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Change of Plea Hearing as to Angel M. Cardona-Leon held on 11/15/2006, Plea entered by Angel M. Cardona-Leon (2) Guilty Count 1,3-4. (Court Reporter Romanow.) (O'Leary, Dennis) (Entered: 11/15/2006) |
| 11/15/2006 | 56 | Judge Mark L. Wolf : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Angel M. Cardona-Leon Sentencing set for 2/12/2007 03:00 PM in Courtroom 10 before Chief Judge Mark L. Wolf. (O'Leary, Dennis) (Entered: 11/15/2006) |
| 11/15/2006 | 58 | PLEA AGREEMENT as to Angel M. Cardona-Leon, FILED. (Boyce, Kathy) (Entered: 11/16/2006) |
| 01/29/2007 | 63 | Sentencing Memorandum and MOTION for Downward Departure as to Angel M. Cardona-LeonFILED, c/s.(Boyce, Kathy) (Entered: 01/30/2007) |
| 02/05/2007 | 64 | Notice issued to Attorney Jose A. Espinosa regarding mandatory use of ECF in compliance with Local Rule 5.4 as to Angel M. Cardona-Leon. Failure to comply may result in the imposition of sanctions. (Boyce, Kathy) (Entered: 02/05/2007) |
| 02/06/2007 | 65 | RESPONSE to Motion by USA as to Angel M. Cardona-Leon re 63 MOTION for Downward Departure Departure (Connolly, William) (Entered: 02/06/2007) |
| 02/06/2007 | 66 | MOTION for Leave to File *Sentencing Memorandum Late* as to Angel M. Cardona-Leonby USA. (Connolly, William) (Entered: 02/06/2007) |
| 02/08/2007 | 67 | SENTENCING MEMORANDUM by USA as to Angel M. Cardona-Leon (Connolly, William) (Entered: 02/08/2007) |
| 02/12/2007 | 70 | Clerk's Notes for proceedings held before Judge Mark L. Wolf :Sentencing held on 2/12/2007 for Angel M. Cardona-Leon (2), Count(s) 1, 3-4, 70 months custody, 36 months supervised release and $300.00 special assessment fee.. (Court Reporter Romanow.) (O'Leary, |

| | | |
|---|---|---|
| | | Dennis) (Entered: 02/12/2007) |
| 02/14/2007 | 71 | Judge Mark L. Wolf : ORDER entered. JUDGMENT as to Angel M. Cardona-Leon (2), Count(s) 1, 3-4, 70 months custody, 36 months supervised release and $300.00 special assessment fee. (O'Leary, Dennis) (Entered: 02/15/2007) |
| 02/22/2007 | 72 | NOTICE OF APPEAL by Angel M. Cardona-Leon re 71 Judgment. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/14/2007. (Boyce, Kathy) (Entered: 02/23/2007) |
| 02/23/2007 |  | USCA Appeal Fees received $ 455, receipt number 78464 as to Angel M. Cardona-Leon re 72 Notice of Appeal (Boyce, Kathy) (Entered: 02/23/2007) |