## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05cr10200-MLW-2

UNITED STATES OF AMERICA

v.

ANGEL M. CARDONA-LEON

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-5,8-12, 14-16, 19-20, 23-27, 31, 32, 34, 35, 39, 40-48, 50-52,54-56,58,63-67,70-72

and contained in Volume(s)   1 are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  February 22, 2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 2, 2007.

Sarah A Thornton, Clerk of Court

By: /s/
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

_____
Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

- 3/06