UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ANGEL CARDONA-LEON )<br>) | CRIMINAL ACTION<br>05-10200-MLW |

## MOTION TO HAVE COUNSEL APPOINTED

COMES NOW, Angel Cardona-Leon, hereby moves this Court to appoint an attorney to represent him, and in support thereof states as follows:

3. He wishes to dismiss Jose A. Espinosa as his attorney of record;

4. He wishes to proceed with appointed counsel as he and his family can no longer afford to hire private counsel

WHEREFORE, I respectfully request that this Court allow this Motion to Have Counsel Appointed.

Dated 3/26/07

Respectfully submitted,

Jose A. Espinosa, ESQ.
11 Green Street
Jamaica Plain, MA 02130
BBO# 156220
(617) 522-4849

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|                              |   |                              |
|------------------------------|---|------------------------------|
| UNITED STATES OF AMERICA     | ) |                              |
|                              | ) |                              |
| v.                           | ) | CRIMINAL ACTION             |
|                              | ) | 05-10200-MLW                |
| ANGEL CARDONA-LEON           | ) |                              |
|                              | ) |                              |

### AFFIDAVIT OF ANGEL CARDONA-LEON

I, Angel Cardona-Leon, the Defendant in the above-entitled action, do hereby swear and state as follows:

1. On or about February 12, 2007, I was sentenced pursuant to my plea of guilty to the Possession with Intent to Distribute a Class A Substance.

2. I have requested that my attorney of record file an appeal of that sentence and he has done so;

3. I can no longer afford an attorney, and I wish to have counsel appointed to me for purposes of said appeal.

Signed under the pains and penalties of perjury this 15 day of March, 2007.

*Angel Cardona*
Angel Cardona Leon

CERTIFICATE OF SERVICE

I, Jose A. Espinosa, Attorney for the defendant herby certify that the attached MOTION TO APPOINT COUNSEL was served upon the Commonwealth by hand delivering a copy to:

William Connolly, Esq.
Assistant United Stated Attorney
United States Courthouse, suite 9200
1 Courthouse Way
Boston, MA 02210

Jose A. Espinosa

Dated: 3/28/07

Law Offices of
# JOSE A. ESPINOSA

---

JOSE A. ESPINOSA
CHRISTINA M. AMATE
KRISTINA M. HEDIN

11 Green Street, Jamaica Plain, MA 02130
Telephone: (617) 522-4849
Facsimile: (617) 524-7610

March 28, 2007

VIA CERTIFIED MAIL

U.S. Court of Appeals for the First Circuit
William Connolly, Esq.
Assistant United Stated Attorney
United States Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

*Re: U.S. v. Angel Cardona*
*05-10200-MLW*

Dear Clerk's Office:

    Enclosed please find the defendant's motion to Appoint Counsel, affidavit, and financial statements. Please contact this office if there are any questions.

    Thank you for your cooperation in this matter.

Sincerely,

Jose A. Espinosa

Enclosed: as stated

Affidavit to Accompany
Motion for Leave to Appeal in Forma Pauperis

District Court No. 05-10200-MLW
Appeal No. _____

USA
v.
Angel Cardona Leon

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: Angel Cardona   Date: 3/15/07 | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |

My issues on appeal are: The trial judge erred in his failure to give me a two (2) point downward departure for my role in the conspiracy; the trial judge erred in failing to grant me a one (1) point downward departure because I am an illegal alien.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ | $ |
| Self-employment | $ 0 | $ | $ | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ | $ |
| Interest and dividends | $ 0 | $ | $ | $ |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Gifts | $ 0 | $ | $ | $ |
| Alimony | $ 0 | $ | $ | $ |
| Child support | $ 0 | $ | $ | $ |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ | $ | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): Urgent | $ 100.00 | $ | $ | $ |
| Total Monthly income: | $ 100.00 | $ | $ | $ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Unemployed | | | 0 |
| | | | |
| | | | |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |

2

4. *How much cash do you and your spouse have?* $ 25.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wyatt Correctional | Canteen | $ 25.00 | $ 0 |
|  |  | $ | $ |
|  |  | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| 0 |  |  |  | Make & year: |  |
|  |  |  |  | Model: |  |
|  |  |  |  | Registration#: |  |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: 0 |  |  |  |  |  |
| Model: |  |  |  |  |  |
| Registration#: |  |  |  |  |  |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

3

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) <br> Are any real estate taxes included? ☐ Yes ☐ No <br> Is property insurance included? ☐ Yes ☐ No | $ 0 | $ |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ |
| Home maintenance (repairs and upkeep) | $ 0 | $ |
| Food | $ 0 | $ |
| Clothing | $ 0 | $ |
| Laundry and dry-cleaning | $ 0 | $ |
| Medical and dental expenses | $ 0 | $ |
| Transportation (not including motor vehicle payments) | $ 0 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ |
|    Homeowner's or renter's | $ 0 | $ |
|    Life | $ 0 | $ |
|    Health | $ 0 | $ |
|    Motor Vehicle | $ 0 | $ |
|    Other: _____ | $ 0 | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): _____ | $ 0 | $ |
| Installment payments | $ 0 | $ |
|    Motor Vehicle | $ 0 | $ |
|    Credit card (name): _____ | $ 0 | $ |
|    Department store (name): _____ | $ 0 | $ |
|    Other: _____ | $ 0 | $ |

4

Alimony, maintenance, and support paid to others        $ 0        $ _____

Regular expenses for operations of business, profession,   $ 0        $ _____
   or farm (attach detailed statement)

Other (specify): _____        $ 0        $ _____

                    **Total monthly expenses:**        $ 0        $ _____


9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No                If yes, describe on an attached sheet.


10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number:

_____
_____
_____


11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes  ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number:

_____
_____
_____


12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.   my family paid the $450.00 appeal fee. They can't assist me any longer.

5

13. State the address of your legal residence.
_BANY DOMINICAN Republic_

Your daytime phone number: (___) _____
Your age: _35_     Your years of schooling: _4th grade elementary school._