ATTORNEY ASSIGNMENT REQUEST

| | |
|---|---|
| Defendant: Angel Cardona-Leon | Case & Defendant Number: CR05-10200-002 |
| Date of Appointment: March 14, 2008 | Appointed by: CJ Wolf |
| Attorney Withdrawn | Date of Withdrawal |

Reason for Withdrawal

Number of Counts

Charge(s) and Cite(s)

Indictment   X            Information            Probation Revocation

Number of Defendants

Judge Code    0123

Special Instructions:   Appointment counsel to represent the defendant for the purpose of a sentence reduction under new crack guidelines.

/s/ Dennis O'Leary
   Deputy Clerk

Dated  March 14, 2008

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

Atty Assign Request.wpd