```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
         V.               )    CRIMINAL NO.  05-10200-MLW
                          )
ANGEL CARDONA-LEON        )
                          )
```

MOTION TO EXTEND TIME TO FILE JOINT STATUS REPORT

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, requests an extension of time within which to file a joint status report regarding defendant Angel Cardona-Leon's motion to reduce sentence pursuant to 18 U.S.C. §3582. As grounds, the government states that counsel has not yet been appointed to represent defendant Angel Cardona-Leon in this matter.

Pursuant to this Court's March 13, 2008, Procedural Order, the parties are required to confer and submit a joint status report within twenty days of the filing of the defendant's motion to reduce sentence. Cardona-Leon, acting *pro se*, filed his motion on March 3, 2008. Accordingly, the parties' joint status report is due by March 23, 2008. However, to date an attorney has not been appointed to represent Cardona-Leon, who is currently serving his sentence at the McRae Correctional Facility in McRae, Georgia, and is expected to be released on September 2, 2010.

For these reasons, the government respectfully requests a 15-day extension of time to file the parties' joint status report.

WHEREFORE, the government requests that the Court enlarge to April 7, 2008, the time within which the parties are required to report to the Court regarding a proposed resolution of the defendant's motion for a reduction of his sentence.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ William H. Connolly
     William H. Connolly
     Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I, William Connolly, Assistant U.S. Attorney, will cause to be served on March 24, 2008, upon Angel Cardona-Leon, #25737-038, McRae Correctional Facility, P.O. Drawer # 30, McRae, GA, 31055, a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery.

        /s/ William H. Connolly
        William H. Connolly
        Assistant U.S. Attorney