UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
|     v.                     ) | Criminal No. 05-10200-MLW |
| ) | |
| ROBERTO CARLOS NIEVES, ET AL. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Massachusetts, hereby respectfully moves this Court to permit the withdrawal of undersigned as counsel for the government.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: */s/ Peter K. Levitt*
PETER K. LEVITT
Assistant U.S. Attorney

Date: April 4, 2008