```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA )
                         )
        V.               )    CRIMINAL NO. 05-10200-MLW
                         )
ANGEL CARDONA-LEON       )
                         )

## JOINT STATUS REPORT OF THE PARTIES

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, and the defendant Angel Cardona-Leon, by defense counsel Walter Underhill, submit this status report and proposed schedule for resolution of the defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2).

**A.  Procedural Background**

On August 4, 2005, a grand jury returned a five-count indictment charging the defendant and a codefendant with conspiracy to distribute and distribution of cocaine base, or crack cocaine.  On November 15, 2006, Cardona-Leon pled guilty to the three counts in which he was named.  On February 12, 2007, he was sentenced to a term of imprisonment of 70 months, with a five-year term of supervised release to follow.  That term of incarceration was within the guidelines sentencing range ("GSR") that the Court found to be applicable, which was 70-87 months.  That GSR resulted from the Court's determination that the defendant's total adjusted offense level was 27 and that he fell

within Criminal History Category ("CHC") I.

On March 3, 2008, the defendant, acting *pro se*, filed his motion to modify his sentence. On January 15, 2008, the government filed a motion to enlarge the time within which it was required to respond to the defendant's motion until April 7, 2008, because counsel had not yet been appointed to represent the defendant. On March 25, 2008, the Court appointed Attorney Walter Underhill to represent the defendant. The Court did not rule on the government's motion. On April 4, 2008, the Court allowed the government's motion to extend.

### B.  Present Status of the Case

Undersigned counsel for the government and the defendant have conferred regarding the defendant's motion to modify. Counsel for the government and counsel for the defendant are in agreement that the defendant is eligible for a sentencing reduction. However, counsel for the defendant has not spoken to the defendant, who is incarcerated at the McRae Correctional Facility in McRae, Georgia. Counsel for the defendant has conferred with the correctional institution and expects to have telephone contact with the defendant by April 16, 2008. Undersigned counsel for the government and the defendant have conferred regarding the defendant's motion to modify and jointly make the following representations to the Court, pursuant to this Court's March 13, 2008, procedural Order.

(a)  The defendant is entitled to a modification of his

sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 2B1.10.

   (b)  In accordance with those provisions, his new GSR is 57-71 months, based on a total adjusted offense level of 25 and a CHC of I.

   (c)  After counsel speaks to the defendant, the parties will notify the Court whether the parties will make a joint recommendation.

   (d)  After counsel speaks to the defendant, the parties will notify the Court whether a hearing is necessary and whether the defendant wishes to appear in person or via video conference.

   (e)  According to the Bureau of Prisons website, the defendant's projected release date, based on his existing 70-month sentence, is September 2, 2010.  If the Court were to reduce the defendant's sentence to the low-end of the new GSR, 57-71 months, he would be eligible for release in approximately September, 2009.

   (f)  After counsel speaks to the defendant, the parties will notify the Court whether a briefing schedule is necessary.

   (g)  After counsel speaks to the defendant, the parties will notify the Court whether a transcript is needed.

   (h) The parties will submit a copy of the plea agreement with their final status report.

   WHEREFORE, the government requests that the Court enlarge to May 8, 2008 the time within which the parties are required to

report to the Court regarding a proposed resolution of the defendant's motion for a reduction of his sentence.

Respectfully submitted,

| | |
|---|---|
| Angel Cardona-Leon | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |
| | |
| By: /s/ Walter Underhill (WHC) | /s/ William H. Connolly |
|     WALTER UNDERHILL |     WILLIAM H. CONNOLLY |
|     Defense Counsel |     Assistant U.S. Attorney |

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                               /s/ William H. Connolly
                                               WILLIAM H. CONNOLLY
                                               Assistant U.S. Attorney