UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        V.               )    CRIMINAL NO. 05-10200-MLW
                         )
ANGEL CARDONA-LEON       )
                         )

## JOINT STATUS REPORT OF THE PARTIES

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, and the defendant Angel Cardona-Leon, by defense counsel Walter Underhill, submit this status report regarding the defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2).

As noted below, the parties have reached an agreement regarding the defendant's Motion to Modify Term of Imprisonment. **However, the parties respectfully request that this Court defer ruling on the motion until the defendant's pending appeal is resolved.**

**A.  The Defendant's Appeal**

On February 22, 2007, the defendant filed a notice of appeal.  On April 22, 2008, the defendant submitted his appellate brief to the First Circuit Court of Appeals.  In his appeal, the defendant raises two issues pertaining to his sentencing, including an argument that his sentence should be reduced pursuant to the Guidelines crack amendment.

The government has notified appellate counsel (via telephone message) of the parties' agreement to a reduction in sentence; the government is waiting to hear from appellate counsel regarding the defendant's position on withdrawing his appeal pending this Court's ruling on the defendant's §3582 motion.

Because the defendant has raised the same issue in both his appeal and his motion for a sentence reduction, this Court has been divested of jurisdiction to adjudicate the issue.  See United States v. Martin, 520 F.3d 87, 97 (1st Cir. 2008) (entry of notice of appeal divests district court of jurisdiction to adjudicate matter related to appeal).  Accordingly, the parties respectfully request that this Court defer ruling on the defendant's Motion to Modify Term of Imprisonment until the defendant's appeal has been withdrawn or otherwise resolved.

**B.  District Court Procedural Background**

On August 4, 2005, a grand jury returned a five-count indictment charging the defendant and a codefendant with conspiracy to distribute and distribution of cocaine base, or crack cocaine.  On November 15, 2006, Cardona-Leon pled guilty to the three counts in which he was named.  On February 12, 2007, he was sentenced to a term of imprisonment of 70 months, with a five-year term of supervised release to follow.  That term of incarceration was within the guidelines sentencing range ("GSR") that the Court found to be applicable, which was 70-87 months. That GSR resulted from the Court's determination that the

defendant's total adjusted offense level was 27 and that he fell within Criminal History Category ("CHC") I.

On March 3, 2008, the defendant, acting *pro se*, filed his motion to modify his sentence.  On April 10, 2008, the parties filed an initial Joint Status Report, in which the parties requested additional time to file a further status report.  On April 24, 2008, the Court granted the parties' request for additional time and ordered the parties to further report by May 8, 2008.

**C.  Present Status of the Case**

Undersigned counsel for the government and the defendant have conferred regarding the defendant's motion to modify sentence.  Counsel for the defendant has spoken to the defendant regarding his motion for sentence reduction.  Pursuant to this Court's March 13, 2008, Order, the parties report as follows:

(a)  The defendant is entitled to a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 2B1.10.

(b)  In accordance with those provisions, his new GSR is 57-71 months, based on a total adjusted offense level of 25 and a CHC of I.

(c) The parties jointly recommend a sentence of 57 months' imprisonment.

(d) A hearing **is not** necessary and the defendant **does not** wish to appear in person or via video conference.

(e)  According to the Bureau of Prisons website, the defendant's projected release date, based on his existing 70-month sentence, is September 2, 2010.  If the Court were to reduce the defendant's sentence to the low-end of the new GSR, 57-71 months, he would be eligible for release in August, 2009, at the earliest.

(f) There are no contested issues and therefore a briefing schedule **is not** necessary.

(g) A transcript **is not** needed.

(h) The parties have not entered into a new written plea agreement.  The parties previously filed a written plea agreement at the defendant's plea hearing on November 15, 2006. [Docket Entry 58].

WHEREFORE, the parties request that the Court reduce the defendant's sentence to a term of imprisonment of 57 months, and further request that this Court defer ruling on the defendant's Motion to Modify Term of Imprisonment until the defendant's appeal has been withdrawn or otherwise resolved.

Respectfully submitted,

| | |
|---|---|
| Angel Cardona-Leon | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |
| | |
| By: /s/ Walter Underhill (WHC) | /s/ William H. Connolly |
| WALTER UNDERHILL | WILLIAM H. CONNOLLY |
| Defense Counsel | Assistant U.S. Attorney |

May 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

May 8, 2008