# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 07-1530

UNITED STATES

Appellee

v.

ANGEL M. CARDONA-LEON

Defendant - Appellant

**JUDGMENT**

Entered: June 20, 2008
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk

Deputy Clerk

**Date:** 6-20-08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc:
Angel M. Cardona-Leon
William H. Connolly
Dina Michael Chaitowitz
Ralph J. Perrotta
Peter J. Levitt