```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  )
                          )
           V.             )    CRIMINAL NO. 05-10200-MLW
                          )
ANGEL CARDONA-LEON        )
                          )
```

## JOINT STATUS REPORT OF THE PARTIES

The United States, by United States Attorney Michael J. Sullivan and Assistant United States Attorney William H. Connolly, and the defendant, Angel Cardona-Leon, by defense counsel Walter Underhill, submit this status report regarding the defendant's Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2).

On May 8, 2008, the parties submitted a joint status report, in which the parties took the joint position that the defendant is entitled to a sentence reduction. The parties agreed that the defendant's new GSR is 57-71 months, that the defendant's sentence should be reduced to 57 months (from 70 months), and that a hearing is not necessary. The parties also requested that the Court defer ruling on the defendant's motion because the defendant's sentencing appeal was pending before the First Circuit Court of Appeals.

The defendant's appeal has now been resolved, having been voluntarily dismissed on June 20, 2008. [Docket #105]. Accordingly, the parties respectfully request that the Court rule

on the defendant's motion for a sentence reduction.


Respectfully submitted,

| | |
|---|---|
| Angel Cardona-Leon | MICHAEL J. SULLIVAN |
| Defendant | United States Attorney |
| | |
| By: /s/ Walter Underhill (WHC) | /s/ William H. Connolly |
|     WALTER UNDERHILL | WILLIAM H. CONNOLLY |
|     Defense Counsel | Assistant U.S. Attorney |

August 26, 2008


## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      /s/ William H. Connolly
                                      WILLIAM H. CONNOLLY
                                      Assistant U.S. Attorney


August 26, 2008