UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 05-10200-MLW |
| | ) | |
| ANGEL CARDONA-LEON | ) | |
| | ) | |

MEMORANDUM AND ORDER

WOLF, D.J.                                                  April 29, 2009

Defendant Angel Cardona-Leon is serving a 70 month sentence for conspiracy to distribute cocaine base and distribution of cocaine base. As a result of Amendment 706 to the United States Sentencing Guidelines ("U.S.S.G."), which generally retroactively reduces by two levels the offense level for crimes involving crack cocaine and became effective March 3, 2008, Cardona-Leon moved for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10 (the "Motion"). As Cardona-Leon is indigent, counsel was appointed to represent him. Following Cardona-Leon's voluntary dismissal of his appeal before the U.S. Court of Appeals for the First Circuit, see Docket No. 105, the parties filed a joint status report.

The parties correctly agree that Cardona-Leon is eligible for a reduction of his sentence. They also assert that no hearing is necessary or appropriate. See Fed. R. Crim. P. 43(b)(4) (stating that defendant need not be present for a reduction of sentence under 18 U.S.C. § 3582(c)). The parties recommend that Cardona-Leon receive the full benefit of the retroactive amendment. See

Aug. 26, 2008 Joint Status Report of the Parties at 1. The Probation Office states that the defendant "has no disciplinary record" while in prison, and that he is working and taking classes at the prison. Addendum to Pre-Sentence Report at 3. Furthermore, he is subject to deportation upon release. See U.S.S.G. §1B1.10 A.N. 1(B)(ii) & (iii). Therefore, the parties recommend that the court resentence the defendant to 57 months. The court agrees.

Cardona-Leon also filed a pro se request to dismiss his appointed counsel for this proceeding. As Cardona-Leon is receiving the full relief that he has sought, that request is moot.

Therefore, it is hereby ORDERED that:

1. The Motion (Docket No. 93) is ALLOWED.

2. The defendant's sentence is REDUCED to 57 months.

3. The term and conditions of Supervised Release previously imposed are not altered.

4. The attached Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) shall enter forthwith.

5. Defendant's Motion of Inquiry as to Status of Petition Pursuant to Title 18 U.S.C. Section 3582(c)(2) and Defendant's Request for Dismissal of Court Appointed Counsel (Docket No. 107) is MOOT.

                                          /s/ Mark L. Wolf
                                  UNITED STATES DISTRICT JUDGE